IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY M. HAYWARD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D15-1145

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed April 14, 2015.

Petition for Belated Appeal -- Original Jurisdiction.
Tony M. Hayward, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking belated appeal is denied on the merits.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.